UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARTIN MEDINA,

    Defendant.

Case No.  CR04-093L

ORDER DENYING MOTION FOR IMMEDIATE RELEASE FROM CUSTODY

      This matter comes before the Court on defendant's "Motion for Immediate Release from Custody for Lack of Jurisdiction" (Dkt. # 184).  Defendant is mistaken when he claims that there are no federal charges pending against him.  Although Counts 1 through 4 of the superseding indictment were dismissed, Counts 5 through 7, alleging assault in a federal prison and witness tampering, were never dismissed and remain in force.  Since this Court continues to have jurisdiction over defendant, his motion is DENIED.

      DATED this 22nd day of April, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
IMMEDIATE RELEASE FROM CUSTODY - 1