CHIEF JUDGE LASNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR04-0093L |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) DEFENDANT MEDINA'S MOTION |
| MARTIN MEDINA, JR., | ) TO BE PERMITTED TO VIEW AND |
| | ) PHOTOGRAPH UNIT D-C WITH HIS |
| Defendant. | ) INVESTIGATOR |

ORDER

The Court having considered Defendant Medina's Motion to be Permitted to View and Photograph Unit D-C with His Investigator, hereby GRANTS the motion. The Court ORDERS that Mr. Medina's attorney, Catherine Chaney, and investigator, Jerry Esterly, shall be permitted to enter Unit D-C of the FDC SeaTac at a mutually agreed time on or before May 27, 2005, for the purposes of viewing the unit and taking photographs. Any photographs taken shall be subject to separate Protective Order. The AUSA, Ms. Lally shall help facilitate this process and should be present when the photographs are taken.

//

//

ORDER GRANTING DEFENDANT MEDINA'S MOTION
RE FDC
CASE NO. CR04-0093L -- 1

1  //

3  DATED this 24th day of May, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/Catherine Chaney*
Catherine Chaney
Attorney for Defendant Martin Medina, Jr.

ORDER GRANTING DEFENDANT MEDINA'S MOTION
RE FDC
CASE NO. CR04-0093L -- 2