UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN MEDINA,<br><br>   Defendant. | Case No.  CR04-93L<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND FOR CUTOFF DATE FOR MOTIONS IN LIMINE |

This matter comes before the Court on the government's "Motion for Reconsideration of the Court's Discovery Order and for Cutoff Date for Motions In Limine" (Dkt. # 219).

The government's motion for reconsideration of this Court's May 27, 2005 discovery order is denied. Consistent with this Court's order, the government must produce the documents relating to the prosecution of Alejandro Delgadillo-Uribe and Ivan Torres in U.S. v. Garcia Villalba, et al., CR04-301P. If, however, the parties arrange to provide the requested documents through the paralegal assigned to the Garcia Villalba case, this Court need not conduct an *in camera* review of the documents prior to their disclosure.

The government's request that defendant's motions in limine be submitted by June 1, 2005 is also denied. Although motions in limine should be filed by the pretrial motions

ORDER DENYING MOTION FOR
RECONSIDERATION AND FOR
 CUTOFF DATE FOR MOTIONS IN
LIMINE - 1

1   deadline, such motions may be raised both before and during trial.

2      DATED this 6th day of June, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION AND FOR
CUTOFF DATE FOR MOTIONS IN
LIMINE - 2