1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

MARTIN MEDINA,

   Defendant.

Case No.  CR04-093L

ORDER REGARDING MOTION FOR
BRADY MATERIAL

   This matter comes before the Court on defendant's "Motion for Brady Material" (Dkt. #

203).  On May 27, 2005, after hearing oral arguments, the Court GRANTED the motion,

holding that (1) the government must disclose information and materials known or that, with the

exercise of due diligence, would become known to the government pursuant to Brady v.

Maryland, 373 U.S. 83 (1963), and (2) the Court would conduct an *in camera* review of

probation files and pre-sentence reports to determine if they contain Brady material that must be

disclosed.  The Court has conducted its review and provided the relevant material to defendant.

   DATED this 9th day of June, 2005.

          MM S Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER REGARDING MOTION
FOR BRADY MATERIAL - 1